

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2014

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.** d/b/a American Medical Response a/k/a AMR; Noah Wood Lora, Jose Carlos Gamez; and Donna Hay n/k/a Donna Gilbert,
Appellants

v.

John **SEXTON**, Individually and as Independent Administrator of the Estate of Jackson Sexton, Deceased; and Tracy Sexton,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellants' unopposed motion to reschedule oral argument setting is hereby GRANTED.

The above cause has been set for formal submission and oral argument before this court on Thursday, April 17, 2014, at 9:00 AM, before a panel consisting of Chief Justice Stone, Justice Marion, and Justice Martinez.

It is so **ORDERED** on February 14, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court